STEWART B. HOPPS, Respondent, v. NATIONAL UNION FIRE INSURANCE COM-

PANY, Appellant. (Appeal No. 1.) — Order denying motion to strike out complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.